OPINION — AG — **** COMMISSION — VIOLATION OF ZONING REGULATIONS **** THE CAPITOL MEDICAL IMPROVEMENT AND ZONING COMMISSION DOES NOT HAVE THE AUTHORITY TO ENACT REGULATIONS WHICH ALLOWS THE COMMISSION TO ASSESS A PENALTY AGAINST A PERSON WHO IS IN VIOLATION OF A ZONING REGULATION. CITE: 73 O.S. 1971 82.1 [73-82.1], 73 O.S. 1971 83.3 [73-83.3], 73 O.S. 1971 83.10 [73-83.10] (MICHAEL JACKSON)